# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**COREY JOHNSON**  **PETITIONER**
*ADC #155181*

v.  Case No. 4:20-cv-01341-LPR

**DEXTER PAYNE**
*Director, ADC*  **RESPONDENT**

## ORDER

The Court has received and reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. (Doc. 2). Petitioner Corey Johnson has not filed any objections. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Petitioner Corey Johnson's § 2241 Habeas Petition (Doc. 1) is DENIED and this case be DISMISSED without prejudice.

2. A Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

DATED this 11th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE