IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY JOHNSON**  **PETITIONER**
*ADC #155181*

v.	Case No. 4:20-cv-01341-LPR

**DEXTER PAYNE**
*Director, ADC*	**RESPONDENT**

## JUDGMENT

Pursuant to the Order that was entered on this day, it is considered, ordered, and adjudged that this Petition for Writ of Habeas Corpus is DENIED and this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of January 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE